Max Schildkraut, Respondent, v. Mary Schildkraut, Appellant.— Interlocutory judgment unanimously affirmed, without costs. We are of opinion that the matrimonial domicile of both plaintiff and defendant continued from the date of the marriage to the commencement of the action in the county of Kings in this State. The absence of the plaintiff husband in the State of New Jersey after he and his wife had agreed to live separate and apart did not change her matrimonial domicile nor his. We are not, therefore, concerned with the 2d subdivision of section 1147 of the Civil Practice Act, which permits an action for divorce to be maintained where the parties were married in this State. Expressions will be found in the cases to the effect that such an action may be maintained where the parties were married within this State. (*Becker* v. *Becker*, 58 App. Div. 376; *Ackerman* v. *Ackerman*, 200 N. Y. 72, 76.) *Powell* v. *Powell* (211 App. Div. 750) does not decide to the contrary, for there the parties, immediately following the marriage, left the State of New York " to establish a matrimonial domicile in the State of New Jersey." The wife here remained in the matrimonial domicile, and in theory the husband's domicile was that of his wife. (*Gould* v. *Gould*, 201 App. Div. 670, 673.) Present — Kapper, Rich, Hagarty, Carswell and Scudder, JJ.

Harry J. Winick and Benjamin Barnett, Respondents, v. The Italian Plan Company, Inc., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

Leo Bonaki, Appellant, Respondent, v. Louis Tingard, Respondent, Appellant.— Application denied, with ten dollars costs.

Charles J. Madonna, Respondent, v. Jacob Kleiman, Appellant.— Application denied, with ten dollars costs.

Milton H Ansorge and Anisdale Corporation, Appellants, v. Finance and Advancing Corporation, Respondent.— Motion for stay granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

Nathaniel Becher, Respondent, v. Clarence D. Sire, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

Citizens Finance Corporation, Appellant, v. Andrew W. Ahern, Respondent.— Motion to extend time to perfect and argue appeal granted upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

City of New Rochelle, Respondent, v. Ralph Shainwald and Riette Shainwald, His Wife, Appellants, and Central Union Trust Company of New York and Others, Defendants.— Motion for reinstatement of appeal and for stay denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

Ray H. Cohen, Respondent, v. Harry Cohen, Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.